UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| V. | ] | NO. 3:12-cr-35 |
| | ] | THE HONORABLE ALETA TRAUGER |
| CHRISTIAN GUTIERREZ | ] | JUDGE, U.S. DISTRICT COURT |

_____

**MOTION TO WITHDRAW**

_____

Comes now counsel for the defendant, Christian Gutierrez, pursuant to Local Rule 83.01(g), and respectfully moves that this Honorable Court permit him to withdraw as counsel of record. In support of this motion, counsel would show the following:

1. On March 22, 2013, the defendant allegedly wrote a letter to this Honorable Court requesting the appointment of new counsel, and concurrently he allegedly submitted a *pro se* motion to revoke the plea agreement in this cause. These documents were filed on the PACER system on March 28, 2013 (DE 36-1).

2. On April 3, 2013, counsel met with Mr. Gutierrez, and Mr. Gutierrez advised counsel that he would prefer to proceed in a different legal direction, with new counsel. Mr. Gutierrez indicated a lack of confidence in counsel, and a lack of trust in counsel's ethical commitment to him. Moreover, Mr. Gutierrez' words and actions