# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00035 |
| | ) | Judge Trauger |
| CHRISTIAN GUTIERREZ | ) | |

## O R D E R

The defendant's Motion to Continue Sentencing Hearing and Motion to Return Defendant to State Custody (Docket No. 41) is **GRANTED**. It is hereby **ORDERED** that the sentencing is **CONTINUED** from July 29, 2013 to October 10, 2013 at 1:00 p.m.

It is further **ORDERED** that the defendant shall be returned to state custody pending sentencing.

It is so **ORDERED**.

ENTER this 2nd day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge