IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00035 |
| | ) | Judge Trauger |
| CHRISTIAN GUTIERREZ | ) | |

## O R D E R

The defendant has filed a pro se motion (Docket Entry No. 45), requesting to withdraw his plea, to have new counsel appointed for him, and to set a status conference. Defendant's counsel has also filed a Second Motion to Withdraw (Docket Entry No. 46). It is hereby **ORDERED** that a status hearing will be held in this case on **Thursday, January 9, 2014, at 2:00 p.m.** in order to discuss both motions.

It is so **ORDERED**.

ENTER this 2nd day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge